1  Name: JOSE A. BONETE
2  Address: 26888 BOCA RATON CT.
   HAYWARD, CA 94545
3  Phone Number: 510-709-7900
4  E-mail Address: bonetej@gmail.com
5  Pro Se

RECEIVED 2015 MAR 31 P 2:49 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8  JOSE BONETE                          )  Case Number: CV15-01219 ~~EDL~~ JSW
9                                       )
                                        )  [~~PROPOSED~~] ORDER GRANTING
10              Plaintiff,              )  MOTION FOR PERMISSION FOR
                                        )  ELECTRONIC CASE FILING
11      vs.                             )
                                        )  DATE:
12  WORLD SAVINGS BANK, FSB, et al.     )  TIME:
                                        )  COURTROOM:
13                                      )  JUDGE:
                                        )
14              Defendant.              )

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 4.6.15

_____
United States District/Magistrate Judge