IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. BONETE, | |
|     Plaintiff, | No. C 15-01219 JSW |
| v. | |
| WORLD SAVINGS BANK, FSB, et al., | **ORDER TO SHOW CAUSE** |
|     Defendants. | |

On April 3, 2015, Defendants Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") filed a motion to dismiss and noticed it for a hearing on May 22, 2015. Under Northern District Civil Local Rule 7-3(a), Plaintiff's response was due on April 17, 2015. Plaintiff has not filed an opposition brief.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case for lack of prosecution or, in the alternative, to grant Wells Fargo's motion as unopposed. Plaintiff's response to this Order to Show Cause shall be due by no later than May 15, 2015. If Plaintiff seeks to file untimely opposition briefs, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules, and must submit his proposed opposition brief with the request.

If Plaintiff fails to file a response to this Order to Show Cause by May 15, 2015, the Court shall dismiss this case without prejudice without further notice to Plaintiff.

Finally, if Plaintiff seeks to file an untimely opposition brief, and if the Court grants that request, it shall set a new deadline for Defendants to file a reply brief. The hearing set for May 22, 2015 is VACATED, and may be reset by further Order from this Court.

**IT IS SO ORDERED.**

Dated: May 5, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE